THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBERT E. WOODWARD                                                                    PLAINTIFF

v.                                    Case No. 5:19-cv-00007-KGB

JAMES GIBSON and WENDY KELLEY                                                DEFENDANTS

## ORDER

Before the Court is the Recommended Disposition submitted by United States Magistrate Judge Beth Deere on April 10, 2019 (Dkt. No. 24). The relevant procedural history is as follows. On January 4, 2019, plaintiff Robert E. Woodward, proceeding *pro se*, filed a motion for leave to proceed *in forma pauperis* and a complaint against defendants James Gibson, Warden of the Varner Unit of the Arkansas Department of Correction ("ADC"), and Wendy Kelley, Director of the ADC (Dkt. Nos. 1, 2). On March 14, 2019, the parties jointly filed a motion to dismiss with prejudice (Dkt. No. 15). On March 26, 2019, Mr. Woodward filed a motion to withdraw settlement (Dkt. No. 18). On April 10, 2019, Judge Deere recommended that Mr. Woodward's motion to withdraw settlement be denied, that the joint motion to dismiss be granted, and that this case be dismissed with prejudice (Dkt. No. 24). Mr. Woodward subsequently filed a motion to amend judgment, which the Court construes as an objection to Judge Deere's Recommended Disposition (Dkt. No. 25). Mr. Woodward has also filed a reply in support of his motion to withdraw settlement, which the Court construes as an additional objection to Judge Deere's Recommended Disposition (Dkt. No. 26). After careful review of the Recommended Disposition and Mr. Woodward's objections thereto, as well as a *de novo* review of the record, the Court finds no reason to alter or reject Judge Deere's conclusion.

Accordingly, the Court adopts the Recommended Disposition in its entirety as this Court's findings of fact and conclusions of law (Dkt. No. 24). The Court grants the parties' joint motion to dismiss with prejudice and dismisses with prejudice Mr. Woodward's complaint (Dkt. No. 15). The Court denies as moot Mr. Woodward's motion to withdraw settlement and motion to amend judgment (Dkt. Nos. 18, 25).

It is so ordered this the 19th day of March, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge