## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ROBERT E. WOODWARD**                                                     **PLAINTIFF**

**v.**                          **Case No. 5:19-cv-00007-KGB**

**JAMES GIBSON and WENDY KELLEY**                            **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Robert E. Woodward's claims are dismissed with prejudice. The relief requested is denied.

It is so ordered this 19th day of March, 2020.

                                                                     _/s/ Kristine G. Baker_
                                                                     Kristine G. Baker
                                                                     United States District Judge